IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>'47 BRAND, LLC,<br><br>　　　　　　　Defendant. | Lead Case No. 2:20-cv-00491-AJS |
| BLAIR DOUGLASS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN ELLIOTT, LLC,<br><br>　　　　　　　Defendant. | Member Case No. 2:20-cv-00522-AJS |

## NOTICE OF SETTLEMENT

　　PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant John Elliott, LLC have reached an agreement in principle that will resolve the claims alleged in the member case, *Douglass v. John Elliott, LLC*, Member Case No. 2:20-cv-00522-AJS. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: May 28, 2020　　　　　　　　　*/s/ Kevin W. Tucker*
　　　　　　　　　　　　　　　　　　　Kevin W. Tucker (He/Him/His)
　　　　　　　　　　　　　　　　　　　Pa. No. 312144
　　　　　　　　　　　　　　　　　　　Kevin J. Abramowicz
　　　　　　　　　　　　　　　　　　　Pa. No. 320659
　　　　　　　　　　　　　　　　　　　EAST END TRIAL GROUP LLC

186 42nd St., P.O. Box 40127  
Pittsburgh, PA 15201  
Tel. (412) 877-5220  
ktucker@eastendtrialgroup.com  
kabramowicz@eastendtrialgroup.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this day, May 28, 2020, a true and correct copy of the foregoing Notice of Settlement was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully Submitted,

Dated: May 28, 2020               */s/ Kevin W. Tucker*

Kevin W. Tucker (He/Him/His)
Pa. No. 312144
EAST END TRIAL GROUP LLC
186 42nd St., P.O. Box 40127
Pittsburgh, PA 15201
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com