IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>      Plaintiff,<br><br> v.<br><br>'47 BRAND, LLC,<br><br>      Defendant. | Lead Case No. 2:20-cv-00491-AJS |
| BLAIR DOUGLASS,<br><br>      Plaintiff,<br><br> v.<br><br>SPOONFLOWER, INC.,<br><br>      Defendant. | Member Case No. 2:20-cv-00551-AJS |

## NOTICE OF SETTLEMENT

  PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant Spoonflower, Inc. have reached an agreement in principle that will resolve the claims alleged in the member case, *Douglass v. Spoonflower, Inc.*, Member Case No. 2:20-cv-00551-AJS. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice.

                Respectfully Submitted,

Dated: June 19, 2020        */s/ Kevin W. Tucker*
                Kevin W. Tucker (He/Him/His)
                Pa. No. 312144
                Kevin J. Abramowicz
                Pa. No. 320659
                EAST END TRIAL GROUP LLC

                                          186 42nd St., P.O. Box 40127  
                                          Pittsburgh, PA 15201  
                                          Tel. (412) 877-5220  
                                          ktucker@eastendtrialgroup.com  
                                          kabramowicz@eastendtrialgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, June 8, 2020, a true and correct copy of the foregoing Notice of Settlement was filed on the Court's CM/ECF system and will be served upon all counsel of record. I also certify a true and correct copy will be served upon counsel for Defendant:

Jennifer S. Rusie
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
SunTrust Plaza, 401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
(615) 687-2223
Jennifer.rusie@ogletree.com

                                        Respectfully Submitted,

Dated: June 19, 2020                */s/ Kevin W. Tucker*

                                        Kevin W. Tucker (He/Him/His)
                                        Pa. No. 312144
                                        EAST END TRIAL GROUP LLC
                                        186 42nd St., P.O. Box 40127
                                        Pittsburgh, PA 15201
                                        Tel. (412) 877-5220
                                        ktucker@eastendtrialgroup.com