IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>'47 BRAND, LLC,<br><br>　　　　　　　Defendant. | Lead Case No. 2:20-cv-00491-AJS |
| BLAIR DOUGLASS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BPI SPORTS, LLC,<br><br>　　　　　　　Defendant. | Member Case No. 2:20-cv-00509-AJS |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Blair Douglass voluntarily dismisses all claims alleged in the member case, *Douglass v. BPI Sports, LLC*, Member Case No. 2:20-cv-00509-AJS, with prejudice, and with each party bearing his or its own costs. Defendant BPI Sports, LLC has not filed a responsive pleading such that dismissal under Fed. R. Civ. P. 41(a)(1) is appropriate.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: June 25, 2020　　　　　　　　　*/s/ Kevin W. Tucker*
　　　　　　　　　　　　　　　　　　　Kevin W. Tucker (He/Him/His)
　　　　　　　　　　　　　　　　　　　Pa. No. 312144
　　　　　　　　　　　　　　　　　　　Kevin J. Abramowicz
　　　　　　　　　　　　　　　　　　　Pa. No. 320659
　　　　　　　　　　　　　　　　　　　EAST END TRIAL GROUP LLC

                                                                           186 42nd St., P.O. Box 40127  
                                                                            Pittsburgh, PA 15201  
                                                                            Tel. (412) 877-5220  
                                                                            ktucker@eastendtrialgroup.com  
                                                                            kabramowicz@eastendtrialgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, June 25, 2020, a true and correct copy of the foregoing Notice of Voluntary Dismissal With Prejudice was filed on the Court's CM/ECF system and will be served upon all counsel of record. I also certify a true and correct copy will be served upon counsel for Defendant:

Daniel S. Silverman
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
(310) 229-0373
dsilverman@venable.com

                                      Respectfully Submitted,

Dated: June 25, 2020                    */s/ Kevin W. Tucker*

                                      Kevin W. Tucker (He/Him/His)
                                      Pa. No. 312144
                                      EAST END TRIAL GROUP LLC
                                      186 42nd St., P.O. Box 40127
                                      Pittsburgh, PA 15201
                                      Tel. (412) 877-5220
                                      ktucker@eastendtrialgroup.com