IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>                  Plaintiff,<br><br>   v.<br><br>'47 BRAND, LLC,<br><br>                  Defendant. | Lead Case No. 2:20-cv-00491-AJS |
| BLAIR DOUGLASS,<br><br>                  Plaintiff,<br><br>   v.<br><br>GORUCK HOLDINGS LLC,<br><br>                  Defendant. | Member Case No. 2:20-cv-00516-AJS |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant GORUCK Holdings LLC have reached an agreement in principle that will resolve the claims alleged in the member case, *Douglass v. GORUCK Holdings LLC*, Member Case No. 2:20-cv-00516-AJS. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice.

Respectfully Submitted,

Dated: June 25, 2020

*/s/ Kevin W. Tucker*
Kevin W. Tucker (He/Him/His)
Pa. No. 312144
Kevin J. Abramowicz

                    Pa. No. 320659
                    EAST END TRIAL GROUP LLC
                    186 42nd St., P.O. Box 40127
                    Pittsburgh, PA 15201
                    Tel. (412) 877-5220
                    ktucker@eastendtrialgroup.com
                    kabramowicz@eastendtrialgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, June 25, 2020, a true and correct copy of the foregoing Notice of Settlement was filed on the Court's CM/ECF system and will be served upon all counsel of record. I also certify a true and correct copy will be served upon counsel for Defendant:

Joseph F. Butcher
Zimmer Kunz PLLC
310 Grant Street, Suite 3000
Pittsburgh, PA 15219
Tel. (412) 434-5449
butcher@zklaw.com

                                              Respectfully Submitted,

Dated: June 25, 2020                     */s/ Kevin W. Tucker*

                                              Kevin W. Tucker (He/Him/His)
                                              Pa. No. 312144
                                              EAST END TRIAL GROUP LLC
                                              186 42nd St., P.O. Box 40127
                                              Pittsburgh, PA 15201
                                              Tel. (412) 877-5220
                                              ktucker@eastendtrialgroup.com