IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>    Plaintiff,<br><br> v.<br><br>'47 BRAND, LLC,<br><br>    Defendant. | Lead Case No. 2:20-cv-00491-AJS |
| BLAIR DOUGLASS,<br><br>    Plaintiff,<br><br> v.<br><br>B&H PHOTO-VIDEO INC RPC,<br><br>    Defendant. | Member Case No. 2:20-cv-00508-AJS |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant B&H Photo-Video Inc RPC have reached an agreement in principle that will resolve the claims alleged in the member case, *Douglass v. B&H Photo-Video Inc RPC*, Member Case No. 2:20-cv-00508-AJS. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice.

                Respectfully Submitted,

Dated: July 6, 2020        */s/ Kevin W. Tucker*
                Kevin W. Tucker (He/Him/His)
                Pa. No. 312144
                Kevin J. Abramowicz

Pa. No. 320659
EAST END TRIAL GROUP LLC
186 42nd St., P.O. Box 40127
Pittsburgh, PA 15201
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, July 6, 2020, a true and correct copy of the foregoing Notice of Settlement was filed on the Court's CM/ECF system and will be served upon all counsel of record. I also certify a true and correct copy will be served upon counsel for Defendant:

Joseph J. Lynett
JACKSON LEWIS P.C.
44 South Broadway, 14th Floor
White Plains, NY 10601
T. (914) 872-6888
Joseph.lynett@jacksonlewis.com

                                            Respectfully Submitted,

Dated: July 6, 2020                            */s/ Kevin W. Tucker*

                                            Kevin W. Tucker (He/Him/His)
                                            Pa. No. 312144
                                            EAST END TRIAL GROUP LLC
                                            186 42nd St., P.O. Box 40127
                                            Pittsburgh, PA 15201
                                            Tel. (412) 877-5220
                                            ktucker@eastendtrialgroup.com