IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>                Plaintiff,<br><br>   v.<br><br>'47 BRAND, LLC,<br><br>               Defendant. | Lead Case No. 2:20-cv-00491-AJS |
| BLAIR DOUGLASS,<br><br>                Plaintiff,<br><br>   v.<br><br>LINKSOUL, LLC,<br><br>               Defendant. | Member Case No. 2:20-cv-00533-AJS |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant Linksoul, LLC have reached an agreement in principle that will resolve the claims alleged in the member case, *Douglass v. Linksoul, LLC*, Member Case No. 2:20-cv-00533-AJS. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice.

                                            Respectfully Submitted,

Dated: July 13, 2020                     */s/ Kevin W. Tucker*
                                              Kevin W. Tucker (He/Him/His)
                                              Pa. No. 312144
                                              Kevin J. Abramowicz
                                              Pa. No. 320659
                                              EAST END TRIAL GROUP LLC

                                                  186 42nd St., P.O. Box 40127  
                                                  Pittsburgh, PA 15201  
                                                  Tel. (412) 877-5220  
                                                  ktucker@eastendtrialgroup.com  
                                                  kabramowicz@eastendtrialgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, July 13, 2020, a true and correct copy of the foregoing Notice of Settlement was filed on the Court's CM/ECF system and will be served upon all counsel of record. I also certify a true and correct copy will be served upon counsel for Defendant:

Michael A. Pavlick
K&L GATES
K&L Gates Center, 210 Sixth Avenue
Pittsburgh, PA 15222-2613
T. (412) 355-6500
michael.pavlick@klgates.com

                                              Respectfully Submitted,

Dated: July 13, 2020                      */s/ Kevin W. Tucker*
                                              Kevin W. Tucker (He/Him/His)
                                              Pa. No. 312144
                                              EAST END TRIAL GROUP LLC
                                              186 42nd St., P.O. Box 40127
                                              Pittsburgh, PA 15201
                                              Tel. (412) 877-5220
                                              ktucker@eastendtrialgroup.com