IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>                Plaintiff,<br><br>  v.<br><br>'47 BRAND, LLC,<br><br>                Defendant. | Lead Case No. 2:20-cv-00491-AJS |
| BLAIR DOUGLASS,<br><br>                Plaintiff,<br><br>  v.<br><br>HYLETE, INC.,<br><br>                Defendant. | Member Case No. 2:20-cv-00521-AJS |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant Hylete, Inc. have reached an agreement in principle that will resolve the claims alleged in the member case, *Douglass v. Hylete, Inc.*, Member Case No. 2:20-cv-00521-AJS. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice.

                                                      Respectfully Submitted,

Dated: July 15, 2020                  */s/ Kevin W. Tucker*
                                                   Kevin W. Tucker (He/Him/His)
                                                   Pa. No. 312144
                                                   Kevin J. Abramowicz
                                                   Pa. No. 320659
                                                   EAST END TRIAL GROUP LLC

186 42nd St., P.O. Box 40127  
Pittsburgh, PA 15201  
Tel. (412) 877-5220  
ktucker@eastendtrialgroup.com  
kabramowicz@eastendtrialgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, July 15, 2020, a true and correct copy of the foregoing Notice of Settlement was filed on the Court's CM/ECF system and will be served upon all counsel of record. I also certify a true and correct copy will be served upon counsel for Defendant:

Mark Schollaert
The Opus Law Firm
662 Encinitas Blvd., Suite 248
Encinitas, CA 92024
(877) 775-4564
mark@opus.attorney

                                            Respectfully Submitted,

Dated: July 15, 2020                    */s/ Kevin W. Tucker*

                                            Kevin W. Tucker (He/Him/His)
                                            Pa. No. 312144
                                            EAST END TRIAL GROUP LLC
                                            186 42nd St., P.O. Box 40127
                                            Pittsburgh, PA 15201
                                            Tel. (412) 877-5220
                                            ktucker@eastendtrialgroup.com