IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>    Plaintiff,<br><br> v.<br><br>'47 BRAND, LLC,<br><br>    Defendant. | Lead Case No. 2:20-cv-00491-AJS |
| BLAIR DOUGLASS,<br><br>    Plaintiff,<br><br> v.<br><br>JS PRODUCTS, INC. and TOP RANK, INC.,<br><br>    Defendants. | Member Case No. 2:20-cv-00525-AJS |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendants JS Products, Inc. and Top Rank, Inc. have reached an agreement in principle that will resolve the claims alleged in the member case, *Douglass v. JS Products, Inc. et al.*, Member Case No. 2:20-cv-00525-AJS. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice.

                Respectfully Submitted,

Dated: July 17, 2020        */s/ Kevin W. Tucker*
                Kevin W. Tucker (He/Him/His)
                Pa. No. 312144
                Kevin J. Abramowicz

                                        Pa. No. 320659  
                                        EAST END TRIAL GROUP LLC  
                                        186 42nd St., P.O. Box 40127  
                                        Pittsburgh, PA 15201  
                                        Tel. (412) 877-5220  
                                        ktucker@eastendtrialgroup.com  
                                        kabramowicz@eastendtrialgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, July 17, 2020, a true and correct copy of the foregoing Notice of Settlement was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully Submitted,

Dated: July 17, 2020

*/s/ Kevin W. Tucker*

Kevin W. Tucker (He/Him/His)
Pa. No. 312144
EAST END TRIAL GROUP LLC
186 42nd St., P.O. Box 40127
Pittsburgh, PA 15201
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com