IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>     Plaintiff,<br><br> v.<br><br>'47 BRAND, LLC,<br><br>     Defendant. | Lead Case No. 2:20-cv-00491-AJS |
| BLAIR DOUGLASS,<br><br>     Plaintiff,<br><br> v.<br><br>LUKLA INC.,<br><br>     Defendant. | Member Case No. 2:20-cv-00534-AJS |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant Lukla Inc. have reached an agreement in principle that will resolve the claims alleged in the member case, *Douglass v. Lukla Inc.*, Member Case No. 2:20-cv-00534-AJS. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice.

                Respectfully Submitted,

Dated: July 28, 2020        */s/ Kevin W. Tucker*
                Kevin W. Tucker (He/Him/His)
                Pa. No. 312144
                Kevin J. Abramowicz
                Pa. No. 320659
                EAST END TRIAL GROUP LLC

186 42nd St., P.O. Box 40127
Pittsburgh, PA 15201
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, July 28, 2020, a true and correct copy of the foregoing Notice of Settlement was filed on the Court's CM/ECF system and will be served upon all counsel of record. I also certify a true and correct copy will be served upon counsel for Defendant:

Ryan T. Benson
O'HAGAN MEYER
One E Wacker, Suite 3400
Chicago, IL 60601
rbenson@ohaganmeyer.com
T. (312) 422-6100

                                              Respectfully Submitted,

Dated: July 28, 2020                         */s/ Kevin W. Tucker*

                                              Kevin W. Tucker (He/Him/His)
                                              Pa. No. 312144
                                              EAST END TRIAL GROUP LLC
                                              186 42nd St., P.O. Box 40127
                                              Pittsburgh, PA 15201
                                              Tel. (412) 877-5220
                                              ktucker@eastendtrialgroup.com