IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>                    Plaintiff,<br><br>        v.<br><br>'47 BRAND, LLC,<br><br>                    Defendant. | Lead Case No. 2:20-cv-00491-AJS |
| BLAIR DOUGLASS,<br><br>                    Plaintiff,<br><br>        v.<br><br>HYLETE, INC.,<br><br>                    Defendant. | Member Case No. 2:20-cv-00521-AJS |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Blair Douglass voluntarily dismisses all claims alleged in the member case, *Douglass v. Hylete, Inc.*, Member Case No. 2:20-cv-00521-AJS, with prejudice, and with each party bearing his and its own costs.

Plaintiff filed a Notice of Settlement as to this member case on July 15, 2020 (ECF 97), which the Court approved the same date. ECF 98.

Defendant Hylete, Inc. has not filed a responsive pleading such that dismissal under Fed. R. Civ. P. 41(a)(1) is appropriate.

                                        Respectfully Submitted,

Dated: August 13, 2020                  */s/ Kevin W. Tucker*
                                        Kevin W. Tucker (He/Him/His)

Pa. No. 312144
Kevin J. Abramowicz
Pa. No. 320659
EAST END TRIAL GROUP LLC
186 42nd St., P.O. Box 40127
Pittsburgh, PA 15201
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, August 13, 2020, a true and correct copy of the foregoing

document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

I also certify a true and correct copy will be served upon counsel for Defendant:

Mark Schollaert
The Opus Law Firm
662 Encinitas Blvd., Suite 248
Encinitas, CA 92024
(877) 775-4564
mark@opus.attorney

Respectfully Submitted,

Dated: August 13, 2020

*/s/ Kevin W. Tucker*

Kevin W. Tucker (He/Him/His)
Pa. No. 312144
EAST END TRIAL GROUP LLC
186 42nd St., P.O. Box 40127
Pittsburgh, PA 15201
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com