IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>                Plaintiff,<br><br>  v.<br><br>'47 BRAND, LLC,<br><br>                Defendant. | Lead Case No. 2:20-cv-00491-AJS |
| BLAIR DOUGLASS,<br><br>                Plaintiff,<br><br>  v.<br><br>RICHEMONT NORTH AMERICA, INC.,<br><br>                Defendant. | Member Case No. 2:20-cv-00547-AJS |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant Richemont North America, Inc. have reached an agreement in principle that will resolve the claims alleged in the member case, *Douglass v. Richemont North America, Inc.*, Member Case No. 2:20-cv-00547-AJS. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice.

                                                                                                            Respectfully Submitted,

Dated: August 18, 2020                  */s/ Kevin W. Tucker*
                                                Kevin W. Tucker (He/Him/His)
                                                Pa. No. 312144
                                                Kevin J. Abramowicz

                Pa. No. 320659
                EAST END TRIAL GROUP LLC
                186 42nd St., P.O. Box 40127
                Pittsburgh, PA 15201
                Tel. (412) 877-5220
                ktucker@eastendtrialgroup.com
                kabramowicz@eastendtrialgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, August 18, 2020, a true and correct copy of the foregoing Notice of Settlement was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully Submitted,

Dated: August 18, 2020

*/s/ Kevin W. Tucker*
Kevin W. Tucker (He/Him/His)
Pa. No. 312144
EAST END TRIAL GROUP LLC
186 42nd St., P.O. Box 40127
Pittsburgh, PA 15201
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com