IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>                Plaintiff,<br><br>   v.<br><br>'47 BRAND, LLC,<br><br>               Defendant. | Lead Case No. 2:20-cv-00491-AJS |
| BLAIR DOUGLASS,<br><br>                Plaintiff,<br><br>   v.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>                Defendant. | Member Case No. 2:20-cv-00535-AJS |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant Nationstar Mortgage, LLC have reached an agreement in principle that will resolve the claims alleged in the member case, *Douglass v. Nationstar Mortgage, LLC*, Member Case No. 2:20-cv-00535-AJS. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice.

                                                    Respectfully Submitted,

Dated: August 24, 2020                */s/ Kevin W. Tucker*
                                                   Kevin W. Tucker (He/Him/His)
                                                   Pa. No. 312144
                                                   Kevin J. Abramowicz

Pa. No. 320659
EAST END TRIAL GROUP LLC
186 42nd St., P.O. Box 40127
Pittsburgh, PA 15201
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, August 24, 2020, a true and correct copy of the foregoing Notice of Settlement was filed on the Court's CM/ECF system and will be served upon all counsel of record. I also certify a true and correct copy will be served upon counsel for Defendant.

Respectfully Submitted,

Dated: August 24, 2020

*/s/ Kevin W. Tucker*
Kevin W. Tucker (He/Him/His)
Pa. No. 312144
EAST END TRIAL GROUP LLC
186 42nd St., P.O. Box 40127
Pittsburgh, PA 15201
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com