IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>      Plaintiff,<br><br> v.<br><br>'47 BRAND, LLC,<br><br>      Defendant. | Lead Case No. 2:20-cv-00491-AJS |
| BLAIR DOUGLASS,<br><br>      Plaintiff,<br><br> v.<br><br>HERSCHEL SUPPLY CO. USA.,<br><br>      Defendant. | Member Case No. 2:20-cv-00517-AJS |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Blair Douglass voluntarily dismisses all claims alleged in the member case, *Douglass v. Herschel Supply Co. USA*, Member Case No. 2:20-cv-00517-AJS, with prejudice, and with each party bearing his and its own costs.

Defendant Herschel Supply Co. USA has not filed a responsive pleading such that dismissal under Fed. R. Civ. P. 41(a)(1) is appropriate.

                Respectfully Submitted,

Dated: September 4, 2020      */s/ Kevin W. Tucker*
                Kevin W. Tucker (He/Him/His)
                Pa. No. 312144
                Kevin J. Abramowicz
                Pa. No. 320659

EAST END TRIAL GROUP LLC
186 42nd St., P.O. Box 40127
Pittsburgh, PA 15201
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, September 4, 2020, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record. I also certify a true and correct copy will be served upon counsel for Defendant.

                              Respectfully Submitted,

Dated: September 4, 2020          */s/ Kevin W. Tucker*
                                    Kevin W. Tucker (He/Him/His)
                                    Pa. No. 312144
                                    EAST END TRIAL GROUP LLC
                                    186 42nd St., P.O. Box 40127
                                    Pittsburgh, PA 15201
                                    Tel. (412) 877-5220
                                    ktucker@eastendtrialgroup.com