IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>                Plaintiff,<br><br>  v.<br><br>'47 BRAND, LLC,<br><br>                Defendant. | Lead Case No. 2:20-cv-00491-AJS |
| BLAIR DOUGLASS,<br><br>                Plaintiff,<br><br>  v.<br><br>FZ IMPORT & DISTRIBUTION CORP.,<br><br>                Defendant. | Member Case No. 2:20-cv-00515-AJS |

## **NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant FZ Import & Distribution Corp. have reached an agreement in principle that will resolve the claims alleged in the member case, *Douglass v. FZ Import & Distribution Corp.*, Member Case No. 2:20-cv-00515-AJS. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice.

                                                Respectfully Submitted,

Dated: September 4, 2020            */s/ Kevin W. Tucker*
                                                Kevin W. Tucker (He/Him/His)
                                                Pa. No. 312144
                                                Kevin J. Abramowicz

Pa. No. 320659
EAST END TRIAL GROUP LLC
186 42nd St., P.O. Box 40127
Pittsburgh, PA 15201
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, September 4, 2020, a true and correct copy of the foregoing Notice of Settlement was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully Submitted,

Dated: September 4, 2020

*/s/ Kevin W. Tucker*

Kevin W. Tucker (He/Him/His)
Pa. No. 312144
EAST END TRIAL GROUP LLC
186 42nd St., P.O. Box 40127
Pittsburgh, PA 15201
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com