IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>           Plaintiff,<br><br>  v.<br><br>'47 BRAND, LLC,<br><br>           Defendant. | Lead Case No. 2:20-cv-00491-AJS |
| BLAIR DOUGLASS,<br><br>           Plaintiff,<br><br>  v.<br><br>JS PRODUCTS, INC. and TOP RANK, INC.,<br><br>           Defendants. | Member Case No. 2:20-cv-00525-AJS |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Blair Douglass voluntarily dismisses all claims alleged in the member case, *Douglass v. JS Products, Inc. and Top Rank, Inc.*, Member Case No. 2:20-cv-00525-AJS, with prejudice, and with each party bearing his and its own costs.

Respectfully Submitted,

Dated: November 2, 2020

*/s/ Kevin W. Tucker*
Kevin W. Tucker (He/Him/His)
Pa. No. 312144
Kevin J. Abramowicz
Pa. No. 320659
EAST END TRIAL GROUP LLC
186 42nd St., P.O. Box 40127
Pittsburgh, PA 15201
Tel. (412) 877-5220

ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, November 2, 2020, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully Submitted,

Dated: November 2, 2020

*/s/ Kevin W. Tucker*
Kevin W. Tucker (He/Him/His)
Pa. No. 312144
EAST END TRIAL GROUP LLC
186 42nd St., P.O. Box 40127
Pittsburgh, PA 15201
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com