IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>           Plaintiff,<br><br>     v.<br><br>'47 BRAND, LLC,<br><br>           Defendant. | Lead Case No. 2:20-cv-00491-AJS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed, with prejudice, and with each party bearing his and its own costs, pursuant to Fed. R. Civ. P. 41(A)(1)(a)(ii).

Respectfully Submitted,

| **Counsel for Plaintiff:** | **Counsel for Defendant:** |
|---|---|
| /s/ Kevin W. Tucker | /s/ Christian Antkowiak |
| Kevin W. Tucker (He/Him/His) | Christian Antkowiak |
| Kevin J. Abramowicz | Ryan Wilk |
| EAST END TRIAL GROUP LLC | BUCHANAN INGERSOLL & ROONEY PC |
| 186 42nd St., P.O. Box 40127 | Union Trust Building |
| Pittsburgh, PA 15201 | 501 Grant Street, Suite 200 |
| Tel. (412) 877-5220 | Pittsburgh, PA 15219-4413 |
| ktucker@eastendtrialgroup.com | Tel. (412) 562-3988 |
| kabramowicz@eastendtrialgroup.com | christian.antkowiak@bipc.com |
| | ryan.wilk@bipc.com |

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, November 20, 2020, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

                Respectfully Submitted,

Dated: November 20, 2020

*/s/ Kevin W. Tucker*
Kevin W. Tucker (He/Him/His)
Pa. No. 312144
EAST END TRIAL GROUP LLC
186 42nd St., P.O. Box 40127
Pittsburgh, PA 15201
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com